FILED

08 JAN -2 PM 2:41

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CESAR RICARDO FIMBRES-PEREZ (1),<br>OLIVIA FIMBRES (2),<br>MIGUEL FIMBRES-PEREZ (3),<br>Defendants. | Criminal Case No. 08 CR 0021 DMS<br>I N D I C T M E N T<br>Title 8, U.S.C., Sec. 1327 - Aiding or Assisting Certain Aliens to Enter the United States; Title 18, U.S.C., Sec. 111(a)(1) - Assault on a Federal Officer (Felony); Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation; Title 18, U.S.C., Sec. 751 (a) - Escape; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

On or about December 15, 2007, within the Southern District of California, defendant CESAR RICARDO FIMBRES-PEREZ, with the intent to violate the immigration laws of the United States, knowingly aided and assisted defendant MIGUEL FIMBRES-PEREZ, to enter the United States, said alien being excludable under Title 8, United States Code, Section 1182(a)(2), as an alien who has been convicted of an aggravated felony, to wit, voluntary manslaughter, in violation of California Penal Code, Section 192(A); in violation of Title 8, United States Code, Section 1327, and Title 18, United States Code, Section 2.

WMC:nlv:San Diego
1/2/08

Count 2

On or about December 15, 2007, within the Southern District of California, defendant OLIVIA FIMBRES did willfully and forcibly assault, resist, oppose, impede, and interfere with a person named in Title 18, United States Code, Section 1114, to wit, United States Department of Homeland Security Border Patrol Agent L. Pino, in that defendant grabbed Agent Pino's arm and pushed him, which interfered with the arrest of defendant MIGUEL FIMBRES-PEREZ, while Agent Pino was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

Count 3

On or about December 15, 2007, within the Southern District of California, defendant OLIVIA FIMBRES did willfully and forcibly assault, resist, oppose, impede, and interfere with a person named in Title 18, United States Code, Section 1114, to wit, United States Department of Homeland Security Border Patrol Agent L. Ramos, in that defendant pushed Agent Ramos, which interfered with the arrest of defendant MIGUEL FIMBRES-PEREZ, while Agent Ramos was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

//

//

//

//

//

//

//

Count 4

On or about December 15, 2007, within the Southern District of California, defendant MIGUEL FIMBRES-PEREZ did willfully and forcibly assault, resist, oppose, impede, and interfere with a person named in Title 18, United States Code, Section 1114, to wit, United States Department of Homeland Security Border Patrol Agent L. Pino, in that defendant head butted Agent Pino in the chest and attempted to drag Agent Pino towards the United States Mexico Border, while Agent Pino was engaged in the performance of their official duties; in violation of Title 18, United States Code, Sections 111(a)(1), a felony.

Count 5

On or about December 15, 2007, within the Southern District of California, defendant MIGUEL FIMBRES-PEREZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant MIGUEL FIMBRES-PEREZ, was removed from the United States subsequent to July 10, 2000.

//

//

//

Count 6

On or about December 15, 2007, within the Southern District of California, defendant OLIVIA FIMBRES did knowingly aide and abet the escape of defendant MIGUEL FIMBRES-PEREZ from the custody of an officer of the United States, to wit, United States Department of Homeland Security Border Patrol Agent L. Pino, wherein defendant MIGUEL FIMBRES-PEREZ was held by virtue of his lawful arrest for a felony offense, to wit, Title 8, United States Code, Section 1326, all in violation of Title 18, United States Code, Section 751(a), and Title 18, United States Code, Section 2.

DATED: January 2, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:

W. MARK CONOVER
Assistant U.S. Attorney