**MICHELLE BETANCOURT**
California Bar No. 215035
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
michelle_betancourt@fd.org

Attorneys for Mr. Fimbres-Perez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR FIMBRES-PEREZ,<br><br>Defendant. | CASE NO. 08CR0021-DMS<br><br>DATE: April 30, 2008<br>TIME: 2:00 p.m.<br><br>RESPONSE AND OPPOSITION TO GOVERNMENT'S MOTIONS *IN LIMINE* |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on April 30, 2008 at 2:00 p.m., or as soon thereafter as counsel may be heard, defendant, Cesar Fimbres-Perez, by and through his attorneys, Michelle Betancourt and Federal Defenders of San Diego, Inc., will ask this Court to enter an order denying the Government's motions in limine.

Respectfully submitted,

*/s/ Michelle Betancourt*

Dated: April 28, 2008

**MICHELLE BETANCOURT**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Fimbres-Perez